PROB 12C
(12/04)

E-FILED
Tuesday, 11 September, 2018  10:36:16 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Adam T. Wright

Case Number:   0753 1:11CR10058-001

Name of Sentencing Judicial Officer:   Honorable James E. Shadid

Date of Original Sentence:   11/08/2012

Original Offense:

Count 1:  Bank Robbery, Count 2:  Bank Robbery, Count 3:  Bank Robbery

June 20, 2014:  Sentence reduced to 71 months custody per Rule 35 motion

Original Sentence:   Prison 84M, TSR 36M

Type of Supervision:  TSR                                    Date Supervision Commenced:  06/12/2018

Assistant U.S. Attorney:   John H. Campbell

Defense Attorney:   Karl W. Bryning

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | LAW VIOLATION:  BANK ROBBERY<br><br>MANDATORY CONDTIOIN: The defendant shall not commit another federal, state, or local crime.<br><br>On July 26, 2018, offender Wright committed the offense of Bank Robbery in Auburn Hills, Michigan.  On that date, the offender entered the Cornerstone Community Financial Credit Union and approached a bank employee and informed said employee that it was robbery. |

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | | Offender Wright implied he was armed by motioning to his waistband and stating, "give me all your money or I will shoot you in the face." The offender also instructed the employee not give him any dye packs. The employee complied and provided offender Wright approximately $10,400 from his drawer before the offender exited the the building. Through examination of surveillance video, law enforcement authorities were later able to positively identify offender Wright as the bank robber. The offender was subsequently apprehended later that evening on July 26, 2018. Following his arrest, offender Wright admitted to robbing the Cornerstone Community Financial Credit Union in Auburn Hills, Michigan. Additionally, offender Wright admitted to robbing a Chase Bank in Utica, Michigan, on July 14, 2018, and unknown credit union in Joliet, Illinois, on July 23, 2018. As a result of the above conduct, a criminal complaint has been filed in Eastern District of Michigan Case No. 2:18MJ30402 charging offender Wright with Bank Robbery. |

U.S. Probation Officer Recommendation:

☒  The term of supervision should be

  ☒  revoked.

  ☐  extended for _____ years, for a total term of _____ years.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2018

Daniel J. Fahl

Digitally signed by Daniel J. Fahl
DN: cn=Daniel J. Fahl, o=U.S. Probation, ou=Rock Island, email=daniel_fahl@ilcp.uscourts.gov, c=US
Date: 2018.09.10 16:46:24 -05'00'

U.S. Probation Officer

THE COURT ORDERS:

☐  No action.

☒  The issuance of a warrant.

☐  The issuance of a summons.

☒  Other

This petition is considered along with the petition filed in in Central District of Illinois Case No. 1:12CR10019-001

James E. Shadid

Digitally signed by James E. Shadid
DN: cn=James E. Shadid, o, ou=United States District
Judge, email=cathy_geier@ilcd.uscourts.gov, c=US
Date: 2018.09.11 07:37:23 -05'00'

Signature of Judicial Officer

Date